**A. B. JEAN v. UNITED STATES of America.**
No. 250.

Circuit Court of Appeals, Tenth Circuit.
March 1, 1930.

Roy St. Lewis, U. S. Atty., of Oklahoma City, Okl.

Before LEWIS, COTTERAL, and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal docketed and dismissed March 1, 1930.

**A. G. JETT v. J. H. COBURN.**
No. 5240.

Circuit Court of Appeals, Sixth Circuit.
Nov. 14, 1929.

W. C. Rodgers, of Memphis, Tenn., for appellant.

W. H. Fisher, of Memphis, Tenn., for appellee.

PER CURIAM.

Judgment of District Court affirmed.

**Clarence H. JOHNSTON, Appellant, v. COMMISSIONER OF INTERNAL REVENUE.**
No. 8737.

Circuit Court of Appeals, Eighth Circuit.
May 23, 1930.

William H. Oppenheimer, of St. Paul, Minn., for appellant.

Sewall Key, Sp. Asst. to Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and Shelby S. Faulkner, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for appellee.

PER CURIAM.

Petition to Review Decision of Board of Tax Appeals dismissed without costs to either party in this court on motion of appellant.

**KANSAS CITY STRUCTURAL STEEL CO., Appellant, v. COMMISSIONER OF INTERNAL REVENUE.**
No. 8358.

Circuit Court of Appeals, Eighth Circuit.
June 4, 1930.

Armwell L. Cooper, Ellison A. Neel, and Whitson Rogers, all of Kansas City, Mo., for appellant.

C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., and Sewall Key and Randolph C. Shaw, Sp. Assts. to Atty. Gen., for appellee.

PER CURIAM.

Decree of May 14, 1929, 33 F.(2d) 53, vacated, set aside, and held for naught, and, in conformity with opinion and decree of the Supreme Court of the United States (281 U. S. 264, 50 S. Ct. 263, 74 L. Ed. 848), the decision of the Board of Tax Appeals is affirmed without costs to either party in this court.